YOUNG, J.
(dissenting). I respectfully dissent. I believe that the wisdom of deferring to the trial court’s determination whether ineffective assistance of counsel has been demonstrated is a sound policy. See People v Sexton (After Remand), 461 Mich 746, 752; 609 NW2d 822 (2000). The trial court, which has first-hand knowledge of the witnesses and the conduct of the trial, is in the best position to assess not only whether defense counsel’s trial performance has been deficient, but whether any such deficiency might have altered the outcome of the trial.
As is aptly demonstrated by the number and variety of opinions this case has generated, this case is one that is highly fact-sensitive and productive of no clear precedent that can provide guidance for future cases. Because I do not believe that the trial court erred in its determinations on the claim of ineffective assistance of counsel in the several hearings it conducted on this question, I would affirm the convictions.
Corrigan, C.J., and Weaver, J., concurred with Young, J.